# Court of Appeals
# of the State of Georgia

ATLANTA, August 13, 2026

*The Court of Appeals hereby passes the following order:*

**A27A0052. SHIWILA WILLIS JONES v. BARCLAYS BANK DELAWARE.**

In this action to recover an unpaid credit card balance, Shiwila Willis Jones seeks to directly appeal the trial court's order granting Barclays Bank Delaware's motion for summary judgment and awarding it $7,424.84. We, however, lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000 or less, an application for discretionary appeal is required." *Ca-Shar, Inc. v. McKesson Corp.*, 204 Ga. App. 865, 865 (420 SE2d 810) (1992); see also OCGA § 5-6-35(a)(6). As the amount set forth in the judgment in favor of Barclays is less than $10,000, the entry of summary judgment provides no basis for a direct appeal, see *Ca-Shar, Inc.*, 204 Ga. App. at 865–66, and Jones's failure to follow the discretionary appeal procedure deprives us of jurisdiction. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/13/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*